IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

CLIFTON CALLAHAN, )
Register No. 1010582, )
 )
         Plaintiff, )
 )
    v. ) No. 04-4271-CV-C-SOW
 )
ARTHUR WOODS, et al., )
 )
         Defendants. )

**ORDER**

On December 29, 2004, the United States Magistrate Judge recommended that plaintiff's claims challenging the conduct violations he received; his subsequent assignment to segregation; inmates being double-celled; and claims against defendants Arthur Wood, Julie Lansford, Terri Luckenotte, Lisa Hannegan, Chronic Care Nurse Adrean, Dr. Garcia, Lt. Beechmire, Captain Edwards, COI Bliuens, Lt. Charlie Wilson, Stanley Swicord, Henry Jackson, Major Boyed be dismissed for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915A. The Magistrate Judge further recommended that plaintiff's request for preliminary injunctive relief regarding double-celling of inmates and claims of false conduct violations be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that plaintiff's claims challenging the conduct violations he received; his subsequent assignment to segregation; inmates being double-celled; and claims against defendants Arthur Wood, Julie Lansford, Terri Luckenotte, Lisa Hannegan, Chronic Care Nurse Adrean, Dr. Garcia, Lt. Beechmire, Captain Edwards, COI Bliuens, Lt. Charlie Wilson, Stanley Swicord, Henry Jackson, Major Boyed are dismissed

for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915A. It is further

ORDERED that plaintiff's request for preliminary injunctive relief regarding double-celling of inmates and claims of false conduct violations are denied [2].

/s/

SCOTT O. WRIGHT
Senior United States District Judge

Dated: May 3, 2005
Kansas City, Missouri